| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| CAE | Mendoza, Andy L. | | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER | |
| 5:05-000060-001 | | | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE (See Instructions) | |
| U.S. v. Mendoza | Felony | Adult Defendant | | Criminal Case | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Mitts, Gregory H.
1309 L Street
Bakersfield CA 93301

Telephone Number: (661) 323-0789

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
X  O  Appointing Counsel          C  Co-Counsel
   F  Subs For Federal Defender   R  Subs For Retained Attorney
   P  Subs For Panel Attorney     Y  Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
06/22/2005  6/28/2005    6/22/2005
Date of Order            Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  ☒ NO

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | 0.5 | 45.00 | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00)  TOTALS: | 0.5 | 45.00 | | | |
| 16. Out of Court | a. Interviews and Conferences | 0.5 | 45.00 | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00)  TOTALS: | 0.5 | 45 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 90.00 | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM  06/23/05  TO  06/23/05

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
6/24/05

21. CASE DISPOSITION

22. CLAIM STATUS  ☒ Final Payment  ☐ Interim Payment Number ___  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES  ☒ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____  Date: 08/22/05

### APPROVED FOR PAYMENT -- COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| $45.00 | $45.00 | | | $90.00 |

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER
Theresa A. Goldner

DATE  8/30/2005

28a. JUDGE / MAG. JUDGE CODE  72BJ

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount.
DATE
34a. JUDGE CODE

AUG 23 2005

Case Name: U.S. v. Mendoza
Case Number: 5:05-00060-001

In-Court Hourly Worksheet

| Date | Brief Description of Services | Arraignment and/or Plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Other (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 6-23-05 | Initial Appearance | 0.5 | | | | | | | |
| 6-23-05 | Interview/Conference | 0.5 | | | | | | | |
| | | | | | | | | | |
| Page Total | | | | | | | | | |
| Grand Total | | | | | | | | | |

Page 1 of 1